ACCEPTED
04-15-00668-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/22/2015 1:48:03 PM
KEITH HOTTLE
CLERK

LAW OFFICES OF

# PIPKIN & OLIVER, L.L.P.

1020 NORTHEAST LOOP 410, SUITE 810

SAN ANTONIO, TEXAS 78209-1227

TELEPHONE
(210) 820-0082

TELECOPIER
(210) 820-0077

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/22/15 1:48:03 PM
KEITH E. HOTTLE
Clerk

December 17, 2015

Keith E. Hottle
Clerk of Court
Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

*__Via Electronic Mail__*

RE:   Court of Appeals Number:   04-15-00668-CV
      Trial Court Case Number:   140,221
      Style:  In the Estate of Ona S. Petty

Dear Mr. Hottle:

This letter will serve as notification of my vacation schedule to the court.  I will be on vacation:

**January 2-5**

By copy of this letter, I am advising all attorneys of record of my vacation schedule and ask that they provide me the courtesy of scheduling hearings, discovery and depositions at times convenient to all parties prior to or subsequent to the dates above-listed.

Yours very truly,

*/s/ Marvin G. Pipkin*

MARVIN G. PIPKIN

MGP/cta

pc:  All Opposing Counsel